SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAGDALY ORTIZ-MORALES, | No. C 07-4759-WHA |
| Petitioner, | |
| v. | |
| MICHAEL CHERTOFF; ALBERTO R. GONZALES; NANCY ALCANTAR; LOU BLANAS, | **RESPONDENTS' STATUS REPORT** |
| Respondents. | |

    The petitioner is a native and citizen of Honduras who was ordered deported by an Immigration Judge *in absentia* on November 1, 1989. Declaration of Yakov Grinberg ¶ 2. The petitioner did leave the country as directed and, accordingly, the United States Immigration and Customs Enforcement (ICE) arrested the petitioner on January 17, 2007. *Id.* at ¶ 3. The petitioner is currently being detained at ICE's behest at the Santa Clara Jail. *Id.* at ¶ 4.

    While in detention, the petitioner filed a motion to reopen her deportation proceedings with the Immigration Judge, arguing that she did not receive notice of her deportation hearing. *Id.* at 5. The Immigration Judge denied the motion to reopen on April 9, 2007. *Id*. at 6. The Board of Immigration Appeals (BIA) affirmed the Immigration Judge's denial of the motion to reopen on June 21, 2007. *Id*. at 7. The United States Court of Appeals for the Fifth Circuit denied the

petitioner's motion for a stay of deportation on August 15, 2007. *Id.* at 8.

The petitioner then filed a motion to reconsider with the BIA, asking the BIA to reconsider its June 21, 2007 decision. *Id.* at 9. On September 7, 2007, the BIA denied the petitioner's motion to reconsider. *Id.* at 10.

The ICE was set to remove the petitioner to Honduras on July 13, 2007, but was prevented from doing so in light of the stay of deportation that was then in effect due to the petitioner's challenge to her *in absentia* deportation order. *Id.* at ¶ 11. There is no longer a stay of deportation in effect and the ICE intends to re-new the petitioner's travel document (which facilitates an alien's removal from the United States) and to remove the petitioner to Honduras imminently. *Id.* at ¶ 12. However, the ICE voluntarily agrees not to remove the petitioner at any time prior to October 19, 2007, in order to give the parties and this Court an opportunity to resolve the petitioner's habeas petition.

The parties are today filing a stipulation to a briefing schedule. As indicated above, the respondents voluntarily agree not to remove the petitioner at any time prior to October 19, 2007.

Dated: September 21, 2007      Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

   /s/
EDWARD A. OLSEN
Assistant United States Attorney

RESPONDENTS' STATUS REPORT
C 07-4759-WHA                    2