SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAGDALY ORTIZ-MORALES, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF; ALBERTO R. ) <br> GONZALES; NANCY ALCANTAR; ) <br> LOU BLANAS, ) <br> ) <br> Respondents. ) <br> _____ ) | No. C 07-4759-WHA <br><br> **DECLARATION OF YAKOV GRINBERG** |

I, YAKOV GRINBERG, DECLARE AS FOLLOWS:

1. I am a Supervisory Detention and Deportation Officer for Detention and Removal Operations for the United States Immigration and Customs Enforcement ("ICE") in San Francisco, California. In that capacity, I have direct knowledge of this case, have reviewed the petitioner's A File, and can attest as follows.

2. The petitioner, Magdaly Ortiz-Morales (A94-350-081 and A70-291-383), is a native and citizen of Honduras was ordered deported *in absentia* by an Immigration Judge in Harlingen, Texas, on November 1, 1989. A true and correct copy of the Immigration Judge's deportation order is attached as Exhibit A.

3. The petitioner did not appear for deportation and she was arrested by the United States

DECLARATION OF YAKOV GRINBERG
C 07-4759-WHA                                                    1

Immigration and Customs Enforcement (ICE) arrested on January 17, 2007.

4. The petitioner is being detained by ICE at the Santa Clara County Jail.

5. While in detention, the petitioner filed a motion to reopen her deportation proceedings, arguing that she did not receive proper notice of her deportation hearing. A true and correct copy of the petitioner's motion to reopen is attached as Exhibit B.

6. The Immigration Judge denied the petitioner's motion to reopen her deportation on April 9, 2007. A true and correct copy of the Immigration Judge's order is attached as Exhibit C.

7. The Board of Immigration Appeals (BIA) affirmed the Immigration Judge's denial of the motion to reopen on June 21, 2007. In the order, the BIA denied the petitioner's request to reopen to apply for asylum under 8 U.S.C. § 1158 and cancellation of removal under 8 U.S.C. § 1229b. A true and correct copy of the BIA's June 21, 2007 decision is attached as Exhibit D.

8. The United States Court of Appeals for the Fifth Circuit denied the petitioner's motion for a stay of deportation on August 15, 2007. A true and correct copy of the petitioner's motion for a stay of deportation and Fifth Circuit's docket sheet, reflecting that the motion for a stay of deportation was denied on August 15, 2007, is attached as Exhibit E.

9. The petitioner filed a motion to reconsider with the BIA, asking the BIA to reconsider its June 21, 2007 decision. A true and correct copy of the petitioner's motion to reconsider is attached as Exhibit F.

10. On September 7, 2007, the BIA denied the petitioner's motion to reconsider its June 21, 2007 order. In the order, the BIA denied the petitioner's request to *sua sponte* reopen her deportation proceedings to apply for Temporary Protected Status (TPS), concluding that she failed to establish eligibility for that form of relief. A true and correct copy of the BIA's September 7, 2007 decision is attached as Exhibit G.

11. The ICE was set to remove the petitioner to Honduras on July 13, 2007, but was prevented from doing so due to the pendency of the petitioner's motion to reopen her *in absentia* deportation proceeding.

12. In light of the fact that the Immigration Judge has denied the motion to reopen the petitioner's *in absentia* deportation proceeding, the BIA has affirmed that denial, the BIA has

DECLARATION OF YAKOV GRINBERG
C 07-4759-WHA                                   2

denied the petitioner's motion to reconsider, and the United States Court of Appeals for the Fifth Circuit has denied the petitioner's motion for a stay of removal, the ICE intends to re-new the petitioner's travel document and remove the petitioner to Honduras imminently.

13. The ICE voluntarily agrees not to remove the petitioner at any point prior to October 19, 2007.

Dated: September 21, 2007

Respectfully submitted,

_____
YAKOV GRINBERG
Supervisory Detention and Deportation Officer
Detention and Removals
United States Immigration and Customs Enforcement
San Francisco, California

DECLARATION OF YAKOV GRINBERG
C 07-4759-WHA                              3