1  SCOTT N. SCHOOLS, SCSBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
4
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102
   Telephone: (415) 436-6915
6  FAX: (415) 436-6927

7  Attorneys for Respondents

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12 MAGDALY ORTIZ-MORALES,              )    No. C 07-4759-WHA
                                       )
13         Petitioner,                 )
                                       )
14     v.                              )
                                       )
15 MICHAEL CHERTOFF; ALBERTO R.        )    **STIPULATION TOA BRIEFING**
   GONZALES; NANCY ALCANTAR;           )    **SCHEDULE; AND [PROPOSED] ORDER**
16 LOU BLANAS,                         )
                                       )
17         Respondents.                )
                                       )
18
       Petitioner, by and through her attorney of record, and respondents, by and through their
19
   attorneys of record, hereby stipulate, subject to approval to the Court, to the following briefing
20
   schedule.
21
       Respondents' Opposition to Habeas Petition:     September 28, 2007
22
       Petitioner's Reply:                             October 5, 2007
23
       Hearing:                                        October 11, 2007, at 8:00 a.m.
24
   The respondents further agree not to remove the petitioner prior to October 19, 2007.
25

26

27

28

STIPULATION TO A BRIEFING SCHEDULE
C 07-4759-WHA                              1

1  Date: September 21, 2007						Respectfully submitted,

2									SCOTT N. SCHOOLS
									United States Attorney

3

4
										/s/
5									EDWARD A. OLSEN
									Assistant United States Attorney
6									Attorneys for Respondents

7

8  Date: September 21, 2007						/s/
9									IRAJ SHAHROK, Esq.
									Attorney for Petitioner

10

11

12							**ORDER**

13      Pursuant to stipulation, IT IS SO ORDERED.

14

15
   Date:
16									WILLIAM ALSUP
									United States District Judge

STIPULATION TO A BRIEFING SCHEDULE
C 07-4759-WHA					2