UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGDALY ORTIZ-MORALES,<br><br>        Plaintiff,<br><br>  v.<br><br>ALBERTO GONZALEZ et al,<br><br>        Defendant. | Case Number: CV07-04759 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 25, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Iraj Manucher Shahrok
Attorney at Law
572 Ralston Avenue
Belmont, CA 94002

Dated: September 25, 2007

                                        Richard W. Wieking, Clerk
                                        By: Dawn Toland, Deputy Clerk