SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MAGDALY ORTIZ-MORALES, | ) | No. C 07-4759-WHA |
| | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF; ALBERTO R. | ) | **STIPULATION TOA BRIEFING** |
| GONZALES; NANCY ALCANTAR; | ) | **SCHEDULE; AND [PROPOSED] ORDER** |
| LOU BLANAS, | ) | |
| | ) | |
|     Respondents. | ) | |
| | ) | |

    Petitioner, by and through her attorney of record, and respondents, by and through their

attorneys of record, hereby stipulate, subject to approval to the Court, to the following briefing

schedule.

    Respondents' Opposition to Habeas Petition:    September 28, 2007

    Petitioner's Reply:    October 5, 2007

    Hearing:    October 11, 2007, at 8:00 a.m.

    The respondents further agree not to remove the petitioner prior to October 19, 2007.

1   Date: September 21, 2007                    Respectfully submitted,

2                                               SCOTT N. SCHOOLS
                                                United States Attorney
3

4
                                                        /s/
5                                               EDWARD A. OLSEN
                                                Assistant United States Attorney
6                                               Attorneys for Respondents

7

8   _____
    Date: September 21, 2007                            /s/
9                                               IRAJ SHAHROK, Esq.
                                                Attorney for Petitioner
10

11

12                                  **ORDER**

13          Pursuant to stipulation, IT IS SO ORDERED.

14

15

16   Date:    September 24, 2007            _____
                                            WILLIAM ALSUP
17                                          United States District Judge

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO A BRIEFING SCHEDULE
C 07-4759-WHA                    2