1  SCOTT N. SCHOOLS, SCSBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
4
      450 Golden Gate Avenue, Box 36055
5     San Francisco, California 94102
      Telephone: (415) 436-6915
6     FAX: (415) 436-6927

7  Attorneys for Respondents

8
                  UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10
                   SAN FRANCISCO DIVISION
11

12  MAGDALY ORTIZ-MORALES,          )      No. C 07-4759-WHA
                                    )
13         Petitioner,              )
                                    )
14     v.                           )
                                    )
15  MICHAEL CHERTOFF; ALBERTO R.    )      **STIPULATION TOA BRIEFING**
    GONZALES; NANCY ALCANTAR;       )      **SCHEDULE; AND [PROPOSED] ORDER**
16  LOU BLANAS,                     )
                                    )
17         Respondents.             )
                                    )

18
        Petitioner, by and through her attorney of record, and respondents, by and through their
19
    attorneys of record, hereby stipulate, subject to approval to the Court, to the following briefing
20
    schedule.
21
        Respondents' Opposition to Habeas Petition:        September 28, 2007
22
        Petitioner's Reply:                                October 5, 2007
23
        Hearing:                                           October 11, 2007, at 8:00 a.m.
24
        The respondents further agree not to remove the petitioner prior to October 19, 2007.
25

26

27

28

STIPULATION TO A BRIEFING SCHEDULE
C 07-4759-WHA                              1

1   Date: September 21, 2007                 Respectfully submitted,

2                                            SCOTT N. SCHOOLS
                                             United States Attorney
3

4
                                                   /s/
5                                            EDWARD A. OLSEN
                                             Assistant United States Attorney
6                                            Attorneys for Respondents

7

8
    Date: September 21, 2007                       /s/
9                                            IRAJ SHAHROK, Esq.
                                             Attorney for Petitioner
10

11

12                                           **ORDER**

13      Pursuant to stipulation, IT IS SO ORDERED.

14

15
    Date:   September 24, 2007
16                                           WILLIAM ALSUP
                                             United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO A BRIEFING SCHEDULE
C 07-4759-WHA                              2