Office of Detention and Removal Operations
U.S. Department of Homeland Security
630 Sansome St., 5th Floor
San Francisco, CA 94111



**U.S. Immigration and Customs Enforcement**

September 20, 2007

Consulate General of Honduras
Attn: Consul General Francisco Venegas
870 Market Street, Suite 875
San Francisco, CA 94102

**RE: Magdaly ORTIZ Morales, A70 291 383**

Dear Consul General Venegas:

The above subject, a native and citizen of Honduras, is currently in the custody of U.S. Immigration and Customs Enforcement pursuant to a final order of removal. It is now incumbent upon this office to effect her removal from the United States. As such, it is respectfully requested that a travel document be issued to allow her repatriation to Honduras.

Enclosed, find a Salvoconducto issued by your office to Ms. Ortiz Morales in June. Due to continued activity in her removal proceedings, we were unable to use the document before its expiration.

To reduce detention time and costs, your expeditious handling of the request would be greatly appreciated. If we may be of any assistance in this matter of mutual interest, please do not hesitate to contact Deportation Officer Acala (415) 844-5557 or, Supervisory Detention and Deportation Officer Grinberg, at (415) 844-5516.

Sincerely,

Anthony M. Aiello
Assistant Field Office Director

Enclosures

# CONSULADO GENERAL DE LA REPUBLICA DE HONDURAS

870 MARKET STREET, SUITE 875
SAN FRANCISCO, CA 94102
TEL. (415) 392-0076
FAX. (415) 392-6726
EMail: consuladohnsf@sbcglobal.net

HUELLA DIGITAL

SALVOCONDUCTO NO.464-07
A70 291 383

VALIDO POR 30 DIAS

La infrascrita Vice Cónsul de la Republica de Honduras en la ciudad de San Francisco, Estado de California, Estados Unidos de Norte America, por este medio concede el presente **SALVOCONDUCTO**, a la siguiente persona de nacionalidad Hondureña, para que pueda dirigirse a la Republica de Honduras:

| | |
|---|---|
| **NOMBRE:** | MAGDALY WALESKI ORTIZ MORALES |
| **LUGAR DE NACIMIENTO:** | PUERTO CORTES, CORTES |
| **FECHA DE NACIMIENTO:** | 09 DE FEBRERO DE 1971 |
| **COLOR DE PELO:** | NEGRO |
| **COLOR DE OJOS:** | CAFE |
| **COLOR DE TEZ:** | TRIGUEÑA |
| **ESTADO CIVIL:** | SOLTERA |
| **ESTATURA EN METROS:** | 1.58 METROS |
| **PESO EN LIBRAS:** | 165 LIBRAS |
| **PROFESION /OFICIO:** | AMA DE CASA |
| **SEÑAS PARTICULARES:** | NINGUNA |
| **MOTIVO DEL VIAJE O CARGOS:** | INDOCUMENTADA |

Fue entrevistada por la Vice Cónsul de Honduras en San Francisco, California para ser retornada a solicitud de la Oficina de Migración de **San Francisco, California.**
Por no portar documentos Hondureños; Queda a criterio de Migración la entrada al País.

**Nota: Se ruega a las Autoridades Civiles y Migratorias de los países por donde transite, prestarle todas las facilidades que sean necesarias.**

Dado en la ciudad de San Francisco, California el 06 de Julio del 2007

_____
Firma de la Interesada

**Lic. Ada A. Santos**
Vice Cónsul

Cualquier señal de borrones o correcciones que indique algún cambio en su contenido, es motivo de invalidez de este documento. Nota: Es obligatorio devolver este documento a la Autoridad de Migración Hondureña al completar este viaje.