1

**IRAJ SHAHROK, ESQ.** (CSB #49776)

2
572 Ralston Avenue
Belmont, CA 94002

3
(650) 591-9604
(650) 591-6076 (Fax)

4

5
Attorney for Petitioner MAGDALY ORTIZ-MORALES

6

7
### UNITED STATES DISTRICT COURT

8
### NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, California 94102

9

10

| | | |
|---|---|---|
| MAGDALY ORTIZ-MORALES, | ) | CIVIL CASE NO: |
| | ) | C-07-4759-WHA |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, | ) | |
| ALBERTO R. GONZALEZ, | ) | STIPULATION TO A NEW |
| NANCY ALCANTAR, | ) | BRIEFING SCHEDULE; |
| LOU BLANAS | ) | |
| | ) | AND |
| | ) | |
| Respondents. | ) | [PROPOSED] ORDER |

19

20
Petitioner, by and through her attorney of record, and respondents, by and through their

21
attorneys of record, hereby stipulate, subject to approval of the Court, to the following

22
briefing schedule:

23

24
**Petitioner's Reply:**          October 9, 2007

25
**Hearing:**          October 11, 2007 at 8:00 AM

26
The respondents further agree not to remove the petitioner prior to October 19, 2007.

27

28

Iraj Shahrok
Attorney at Law
72 Ralston Avenue
Belmont, CA 94002
(650) 591-9604

STIPULATION TO A BRIEFING SCHEDULE
C-07-4759-WHA

OCT-03-2007  07:46PM    From: 6505916076          ID:US ATTORNEY          Page:002  R=100%

1

2

3   Date:       October 7, 2007        Respectfully submitted,
                                       **SCOTT N. SCHOOLS**
4                                      United States Attorney

. 5

6

7                                      **EDWARD A. OLSEN, ESQ.**
                                       Assistant United States Attorney
8                                      Attorneys for Respondents

9

10  Date:       October 3, 2007

11                                     **IRAJ SHAHROK, ESQ.**
                                       (CSB #49776)
12                                     Attorney for Petitioner

13

14

15                          **ORDER**

16      Pursuant to stipulation,   **IT IS SO ORDERED.**

17

18

19  Date:

20                                     _____
                                       **WILLIAM ALSUP**
21                                     United States District Judge

22

23

24

25

26

27

28

STIPULATION TO A BRIEFING SCHEDULE
C-07-4759-WHA

## PROOF OF SERVICE

On October 3, 2007, I served the attached:

- **_Stipulation To A New Briefing Schedule; and [Proposed] Order_**

on the parties in said action by placing a true copy thereof as indicated below as follows:

**EDWARD A. OLSEN**      (Attorney for Respondents)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

( )      **BY MAIL:** I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail, in the City and County of San Mateo, California.

( )      **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand on the office(s) of the addressee(s).

( )      **BY FEDERAL EXPRESS:** I caused such envelope to be delivered to Federal Express for overnight courier service to the office(s) of the addressee(s).

(X)      **BY FACSIMILE:** I caused a copy of such document to be sent via facsimile transmission to the office(s) of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Belmont, California on **10/03/2007.**

x _Iraj Shahrok_
**IRAJ SHAHROK, ESQ.**
Attorney for Petitioner
Magdaly Ortiz-Morales

Iraj Shahrok
Attorney at Law
572 Ralston Avenue
Belmont, CA 94002
(650) 591-9604

STIPULATION TO A BRIEFING SCHEDULE
C-07-4759-WHA