IRAJ SHAHROK, ESQ. (CSB #49776)
572 Ralston Avenue
Belmont, CA 94002
(650) 591-9604
(650) 591-6076 (Fax)

Attorney for Petitioner MAGDALY ORTIZ-MORALES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, California 94102

| | |
|---|---|
| MAGDALY ORTIZ-MORALES, <br><br> Petitioner, <br><br> v. <br><br> MICHAEL CHERTOFF, <br> ALBERTO R. GONZALEZ, <br> NANCY ALCANTAR, <br> LOU BLANAS <br><br> Respondents. | CIVIL CASE NO: <br> C-07-4759-WHA <br><br><br><br><br> STIPULATION TO A NEW <br> BRIEFING SCHEDULE; <br><br> AND <br><br> [PROPOSED] ORDER |

Petitioner, by and through her attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to the following briefing schedule:

 **Petitioner's Reply:**  October 9, 2007

 **Hearing:**  October 11, 2007 at 8:00 AM

The respondents further agree not to remove the petitioner prior to October 19, 2007.

STIPULATION TO A BRIEFING SCHEDULE
C-07-4759-WHA

Iraj Shahrok
Attorney at Law
72 Ralston Avenue
Belmont, CA 94002
(650) 591-9604

OCT-03-2007 07:46PM    From: 6505916076    ID:US ATTORNEY    Page:002    R=100%

Date:   October 3, 2007

Respectfully submitted,
**SCOTT N. SCHOOLS**
United States Attorney

**EDWARD A. OLSEN, ESQ.**
Assistant United States Attorney
Attorneys for Respondents

Date:   October 3, 2007

**IRAJ SHAHROK, ESQ.**
(CSB #49776)
Attorney for Petitioner

### ORDER

Pursuant to stipulation,   **IT IS SO ORDERED.**

Date:   October 9, 2007.

IT IS SO ORDERED
Judge William Alsup

**WILLIAM ALSUP**
United States District Judge

STIPULATION TO A BRIEFING SCHEDULE
C-07-4759-WHA

Iraj Shahrok
Attorney at Law
572 Ralston Avenue
Belmont, CA 94002
(650) 591-9604

OCT-03-2007 07:46PM   From: 6505916076           ID:US ATTORNEY           Page:003 R=100%

# PROOF OF SERVICE

On October 3, 2007, I served the attached:

- **_Stipulation To A New Briefing Schedule; and [Proposed] Order_**

on the parties in said action by placing a true copy thereof as indicated below as follows:

**EDWARD A. OLSEN**    (Attorney for Respondents)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

( )    **BY MAIL:** I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail, in the City and County of San Mateo, California.

( )    **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand on the office(s) of the addressee(s).

( )    **BY FEDERAL EXPRESS:** I caused such envelope to be delivered to Federal Express for overnight courier service to the office(s) of the addressee(s).

(X)    **BY FACSIMILE:** I caused a copy of such document to be sent via facsimile transmission to the office(s) of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Belmont, California on **10/03/2007**.

x _Iraj Shahrok_
_____
**IRAJ SHAHROK, ESQ.**
Attorney for Petitioner
Magdaly Ortiz-Morales

Iraj Shahrok
Attorney at Law
572 Ralston Avenue
Belmont, CA 94002
(650) 591-9604

STIPULATION TO A BRIEFING SCHEDULE
C-07-4759-WHA

OCT-03-2007 07:47PM    From: 6505916076    ID:US ATTORNEY    Page:004    R=100%