1  IRAJ SHAHROK, ESQ. (CSB #49776)
2  572 Ralston Avenue
   Belmont, CA 94002
3  (650) 591-9604
   (650) 591-6076 (Fax)
4
5  Attorney for Petitioner MAGDALY ORTIZ-MORALES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, California 94102

| MAGDALY ORTIZ-MORALES, | ) | CIVIL CASE NO: |
| | ) | C-07-4759-WHA |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, | ) | |
| ALBERTO R. GONZALEZ, | ) | STIPULATION TO A NEW |
| NANCY ALCANTAR, | ) | BRIEFING SCHEDULE; |
| LOU BLANAS | ) | |
| | ) | AND |
| Respondents. | ) | [PROPOSED] ORDER |

Petitioner, by and through her attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to the following briefing schedule:

    **Petitioner's Reply:**    October 9, 2007

    **Hearing:**    October 11, 2007 at 8:00 AM

The respondents further agree not to remove the petitioner prior to October 19, 2007.

STIPULATION TO A BRIEFING SCHEDULE
C-07-4759-WHA

Iraj Shahrok
Attorney at Law
72 Ralston Avenue
Belmont, CA 94002
(650) 591-9604

1
2
3   Date:    October 3, 2007

Respectfully submitted,
**SCOTT N. SCHOOLS**
United States Attorney

*/s/ Edward A. Olsen*

**EDWARD A. OLSEN, ESQ.**
Assistant United States Attorney
Attorneys for Respondents

10
11   Date:    October 3, 2007

*/s/ Iraj Shahrok*

**IRAJ SHAHROK, ESQ.**
(CSB #49776)
Attorney for Petitioner

## ORDER

Pursuant to stipulation, **IT IS SO ORDERED**.

Date:  October 9, 2007.

*IT IS SO ORDERED*
*Judge William Alsup*

**WILLIAM ALSUP**
United States District Judge

STIPULATION TO A BRIEFING SCHEDULE
C-07-4759-WHA

Iraj Shahrok
Attorney at Law
572 Ralston Avenue
Belmont, CA 94002
(650) 591-9604

OCT-03-2007 07:46PM   From: 6505916076            ID:US ATTORNEY           Page:003   R=100%

## PROOF OF SERVICE

On October 3, 2007, I served the attached:

- **_Stipulation To A New Briefing Schedule; and [Proposed] Order_**

on the parties in said action by placing a true copy thereof as indicated below as follows:

**EDWARD A. OLSEN**  (Attorney for Respondents)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

( )  **BY MAIL:** I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail, in the City and County of San Mateo, California.

( )  **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand on the office(s) of the addressee(s).

( )  **BY FEDERAL EXPRESS:** I caused such envelope to be delivered to Federal Express for overnight courier service to the office(s) of the addressee(s).

(X)  **BY FACSIMILE:** I caused a copy of such document to be sent via facsimile transmission to the office(s) of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Belmont, California on 10/03/2007.

x _Iraj Shahrok_
**IRAJ SHAHROK, ESQ.**
Attorney for Petitioner
Magdaly Ortiz-Morales

Iraj Shahrok
Attorney at Law
572 Ralston Avenue
Belmont, CA 94002
(650) 591-9604

STIPULATION TO A BRIEFING SCHEDULE
C-07-4759-WHA