IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGDALY ORTIZ-MORALES, | No. C 07-04759 WHA |
| Petitioner, | |
| v. | **ORDER TO SHOW CAUSE** |
| MICHAEL CHERTOFF; DAVID STILL; NANCY ALCANTAR; EDDIE ROBINSON; | |
| Defendants. / | |

The Court has received petitioner's petition for a writ of habeas corpus in connection with the pending order of removal. Generally, the United States Courts of Appeals have exclusive jurisdiction over such petitions. *Puri v. Gonzales*, 464 F.3d 1038, 1041 (9th Cir. 2006). Petitioner is **ORDERED TO SHOW CAUSE** why her petition for review of her deportation order should not be dismissed for lack of jurisdiction. Petitioner should be prepared to show cause at the hearing on this petition scheduled for October 11, 2007, at 8:00 a.m.

**IT IS SO ORDERED.**

Dated: October 9, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE