# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 28, 2007

Mr Iraj Shahrok
572 Ralston Avenue
Belmont, CA 94002

   No. 07-60545 Ortiz-Morales v. Keisler
   Agency No. A70 291 383

We have filed the record. PETITIONER'S BRIEF AND RECORD EXCERPTS ARE DUE WITHIN 40 DAYS FROM THE DATE ABOVE, See FED. R. APP. P. and 5TH CIR. R. 28, 30 and 31. Except in the most extraordinary circumstances, the <u>maximum</u> extension for filing briefs is 40 days in agency cases. See also 5TH CIR. R. 31.1 to determine if you have to file electronic copies, and the Portable Document Format (PDF) you MUST use. See also 5TH CIR. R. 30.1 for the contents of the Record Excerpts which are filed instead of an appendix. You may access our briefing checklist on the Fifth Circuit's Website "www.ca5.uscourts.gov/clerk/docs/brchecklist.pdf". An intervenor's time is governed by 5TH CIR. R. 31.2. 5TH CIR. R. 42.3.2 allows the clerk to dismiss appeals **without notice** if the brief is not filed on time.

**The caption for this appeal is attached, and we ask you to use it on any briefs filed with this court.**

If the case above is an Immigration and Naturalization Service case and that agency has filed an original record, the appendix and record excerpts are not required.

                    Sincerely,

                    CHARLES R. FULBRUGE III, Clerk

                    By: _____
                        Angelique D. Batiste, Deputy Clerk
                        504-310-7808

Enclosure
cc w/encl:  Ms Ashley Bell Han

BR-2

**EXHIBIT 1**

José Pedro Enz, M.D., M.P.H.
Pediatrics, Infants and Adolescents

2500 Milvia St. Suite 204
Berkeley, California 94704

(510) 548-8905

Date:  January 26, 2007

Re:    Daniel Arjona-Ortiz

Date of Birth:  December 8, 1997

To whom it may concern:

Daniel is an eight year old boy whom has been my patient since birth. He has a history of frequent Perforative Chronic Otitis Media. He was referred to Dr. Cartwright a specialist in otolaryngology, Children's Hospital Oakland. Dr. Cartwright made the diagnosis of Cholesteatoma in the left ear with a CT scan. His audiology examination revealed mild to moderate conductive hearing loss in the left ear with abnormal tympanogram. He has been scheduled for Surgery on January 29, 2007 for a left ear mastoidectomy and it will be rescheduled if they do not obtain mother's authorization. Daniel will be given a second appointment for surgery on February, 2007.

For further questions you may call me at the above phone number.

Sincerely,

Jose P Enz

**EXHIBIT 2**

José Pedro Enz, M.D., M.P.H.
Pediatrics, Infants and Adolescents

2500 Milvia St. Suite 204
Berkeley, California 94704

(510) 548-8905

Date:  February 2, 2007

To Whom It May Concern:

Re:    Miguel  Arjona-Ortiz:  DOB 2/21/01

Miguel has been my patient since birth.  He has been healthy.  His Immunizations are up to date.  He has a history of Reactive Airway Disease which can turn into Asthma.  As an infant this caused a pneumonia.  Last episode was 9/20/06 and was controlled with medication.  He also received an Influenza Vaccine 10/23/06 to prevent his Reactive Airway Disease.

For further questions you may contact me at the above phone number.

Sincerely,

*Jose P. E. 3md* (signature)
José P Enz M.D.

**EXHIBIT 3**

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 07-60545

MAGDALY WALDSKI ORTIZ-MORALES

Petitioner

v.

ALBERTO R GONZALES, U S ATTORNEY GENERAL

Respondent

U.S COURT OF APPEALS
FILED
AUG 15 2007
CHARLES R. FULBRUGE III
CLERK

---

Petition for Review of an Order of the
Board of Immigration Appeals

---

Before REAVLEY, SMITH, and BARKSDALE, Circuit Judges.

PER CURIAM:

IT IS ORDERED that petitioner's motion for stay of deportation pending review is denied.

MOT-21A

EXHIBIT 4

# CITY OF BERKELEY
## HEALTH AND HUMAN SERVICES

**CERTIFICATE OF LIVE BIRTH**
**STATE OF CALIFORNIA**
USE BLACK INK ONLY

1200161001028

| | | | |
|---|---|---|---|
| THIS CHILD | 1A. NAME OF CHILD – FIRST (GIVEN): MIGUEL | 1B. MIDDLE: ANTONIO | 1C. LAST (FAMILY): ARJONA ORTIZ |
| | 2. SEX: MALE | 3A. THIS BIRTH, SINGLE, TWIN, ETC.: SINGLE | 4A. DATE OF BIRTH: 02/22/2001 — 4B. HOUR: 0313 |
| PLACE OF BIRTH | 5A. PLACE OF BIRTH – NAME OF HOSPITAL OR FACILITY: ALTA BATES MEDICAL CENTER | 5B. STREET ADDRESS: 2450 ASHBY AVENUE | |
| | 5C. CITY: BERKELEY | 5D. COUNTY: ALAMEDA | 5E. PLANNED PLACE OF BIRTH: HOSPITAL |
| FATHER OF CHILD | 6A. NAME OF FATHER – FIRST (GIVEN): LEONEL | 6C. LAST (FAMILY): ARJONA | 7. STATE OF BIRTH: MEXICO — 8. DATE OF BIRTH: 03/17/1969 |
| MOTHER OF CHILD | 9A. NAME OF MOTHER – FIRST (GIVEN): MAGDALY | 9B. MIDDLE: WALESKA — 9C. LAST (MAIDEN): ORTIZ | 10. STATE OF BIRTH: HONDURAS — 11. DATE OF BIRTH: 02/11/1971 |
| INFORMANT CERTIFICATION | 12A. PARENT OR OTHER INFORMANT – SIGNATURE: Magdaly Ortiz | 12B. RELATIONSHIP TO CHILD: MOTHER | 12C. DATE SIGNED: 02/22/2001 |
| CERTIFICATION OF BIRTH | 13A. ATTENDANT OR CERTIFIER – SIGNATURE, DEGREE OR TITLE | 13B. LICENSE NUMBER: NMW 303 | 13C. DATE SIGNED: 2/27/01 |
| | 13D. TYPED NAME, TITLE AND MAILING ADDRESS OF ATTENDANT: JUDE SYM, CNM, 2979 21ST STREET, SAN FRANCISCO | 14. TYPED NAME AND TITLE OF CERTIFIER IF OTHER THAN ATTENDANT: HOLLY WAGNER, PRNTL MGR. | |
| LOCAL REGISTRAR | 15A. DATE OF DEATH | 16. LOCAL REGISTRAR – SIGNATURE | 17. DATE ACCEPTED FOR REGISTRATION: 02/28/2001 |

This is to certify that this document is a true copy of the official record filed with the City of Berkeley.

Poki Namkung, MD, MPH, Local Registrar and Health Officer

by:

LOCAL REGISTRAR AND HEALTH OFFICER

DATE ISSUED: JUN 1 2 2006

*000294092*

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

**EXHIBIT 5**

# CITY OF BERKELEY
## HEALTH AND HUMAN SERVICES

**CERTIFICATE OF LIVE BIRTH**
**STATE OF CALIFORNIA**
USE BLACK INK ONLY

State File Number: 
Local Registration District and Certificate Number: 1199761004525

**THIS CHILD**
- 1A. Name of Child — First (Given): DANIEL
- 1B. Middle: EDUARDO
- 1C. Last (Family): ARJONA
- 2. Sex: MALE
- 3A. This Birth, Single, Twin, etc.: SINGLE
- 4A. Date of Birth: 12/08/1997
- 4B. Hour: 0809

**PLACE OF BIRTH**
- 5A. Place of Birth — Name of Hospital or Facility: ALTA BATES MEDICAL CENTER
- 5B. Street Address: 2450 ASHBY AVENUE
- 5C. City: BERKELEY
- 5D. County: ALAMEDA
- 5E. Planned Place of Birth: HOSPITAL

**FATHER OF CHILD**
- 6A. Name of Father — First (Given): LEONEL
- 6C. Last (Family): ARJONA-CORREA
- 7. State of Birth: MEXICO
- 8. Date of Birth: 03/17/1969

**MOTHER OF CHILD**
- 9A. Name of Mother — First (Given): MAGDALY
- 9B. Middle: WALESKA
- 9C. Last (Maiden): ORTIZ-MORALES
- 10. State of Birth: HONDURAS
- 11. Date of Birth: 02/11/1971

**INFORMANT CERTIFICATION**
- 12A. Parent or Other Informant — Signature: Magdaly Ortiz
- 12B. Relationship to Child: MOTHER
- 12C. Date Signed: 12/09/1997

**CERTIFICATION OF BIRTH**
- 13A. Attendant or Certifier — Signature: Yvette Webster
- 13B. License Number: 0343
- 13C. Date Signed: 12-12-97
- 13D. Typed Name, Title and Mailing Address of Attendant: N. BARNETT-MOORE, CNM, 2909 McClure St., Oakland
- 14. Typed Name and Title of Certifier if Other Than Attendant: YVETTE WEBSTER, PRNTL MGR.

**LOCAL REGISTRAR**
- 16. Local Registrar — Signature: Poki Namkung
- 17. Date Accepted for Registration: 12/15/1997




EXHIBIT 5

This is to certify that this document is a true copy of the official record filed with the City of Berkeley.

Poki Namkung, MD, MPH, Local Registrar and Health Officer

Vicki Alexander, MD, Acting Health Officer

*000279329*

DATE ISSUED

LOCAL REGISTRAR AND HEALTH OFFICER

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

**OFFICE OF RECORDER**
# COUNTY OF ALAMEDA
OAKLAND, CALIFORNIA

104.

### CERTIFICATE OF LIVE BIRTH
### STATE OF CALIFORNIA

| Field | Value |
|---|---|
| Name of Child | JENNIFER CAROLINA RAMOS ORTIZ |
| Sex | FEMALE |
| Date of Birth | NOVEMBER 30, 1989 |
| Hour | 0648 |
| Place of Birth | HIGHLAND GENERAL HOSPITAL, 1411 E. 31ST ST., OAKLAND |
| County | ALAMEDA |
| Father | CARLOS ENRIQUE RAMOS MEJIA |
| Father Birthplace / DOB | HONDURAS 8/15/67 |
| Mother | MAGDALY WALESKA ORTIZ MORALES |
| Mother Birthplace / DOB | NICARAGUA 8/11/71 |
| Relationship to Child | MOTHER |
| Date Signed | 2/15/90 |
| Attendant | BARBARA [illegible], CNM, 1411 E. 31ST, OAKLAND |
| Local Reg. No. | 421224 |



**EXHIBIT 5**

0015632171 CERTIFIED COPY OF VITAL RECORDS



**The Holy Sacrament of Baptism**

This is to Certify

That
The Son of JOSE MANUEL RAMOS MEJIA
The Daughter MAGDALI ORTIZ MEJIA
and CARLOS RAMOS MEJIA

born in BROWNSVILLE, TEXAS on NOVEMBER 10, 1987

was Baptized on AUGUST 12, 1990 in the Church of

SAINT ELIZABETH PARISH    OAKLAND, CALIFORNIA

according to the Rite of the Roman Catholic Church

by Rev. FR. ARMANDO LOPEZ O.F.M.

Sponsors were ROSA MEDINA and CARLOS MEDINA

as recorded in the Baptismal Registry of this Church

Marco A. Nuñez, ofm  Pastor

Dated MAY 6, 2004

SEAL OF CHURCH

EXHIBIT 5