**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

**JUDGE WILLIAM ALSUP**

Date: October 11, 2007

Case No.  C 07-04759 WHA

Title: MAGDALY ORTIZ-MORALES  v. MICHAEL CHERTOFF

Plaintiff Attorneys: Ira Shahrok

Defense Attorneys: Ed Olsen

Deputy Clerk:  Dawn Toland

Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)    Petitioner's Writ of Habeas Corpus

2) 

Continued to __ for Further Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**

Parties agree that the case should go to the 5th Circuit.