IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAGDALY ORTIZ-MORALES,

    Petitioner,

  v.

MICHAEL CHERTOFF; DAVID STILL; NANCY ALCANTAR; EDDIE ROBINSON;

    Defendants.

No. C 07-04759 WHA

**JUDGMENT**

For the reasons stated in the accompanying order denying the petition for habeas corpus, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against petitioner. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: October 11, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE